# Court of Appeals
# of the State of Georgia

ATLANTA,  December 27, 2022

*The Court of Appeals hereby passes the following order:*

**A23D0159.  ADRIAN JACKSON v. YANEL FRANCIS BROWN.**

On October 27, 2022, the trial court issued a family violence protective order against Adrian Jackson and in favor of Yanel Francis Brown, and Jackson filed this application for discretionary review.[1] We lack jurisdiction.

To be timely, a discretionary application must be filed within 30 days of entry of the order sought to be appealed. OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). In order to be timely, Jackson's application had to be filed by Monday, November 28, 2022. However, Jackson did not file this application until November 29, 2022. Accordingly, this application is untimely and is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  12/27/2022

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_Stephen E. Castlen_ , Clerk.

---

[1] On the same day, the trial court also issued a family violence protective order against Jackson and in favor of Milicent Brown Peart, and Jackson's appeal of that order has been docketed as Case No. A23D0158 (filed Nov. 28, 2022).